# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| In The Matter Of: ) | |
| ) | |
| LaQueta Russell-Taylor ) | Case No. 10-44012-399 |
| ) | |
| ) | |
| Debtor, ) | Chapter 13 |
| ) | |
| J.P. Morgan Mortgage Acquisition ) | |
| Corp. ) | |
| ) | |
| Movant ) | |

## NOTICE OF APPEARANCE AND
## CREDITOR REQUEST FOR NOTICE

**TO THE CLERK OF THE BANKRUPTCY COURT; DEBTOR, LAQUETA RUSSELL-TAYLOR, ; ATTORNEY FOR DEBTOR, SEAN C. PAUL; CHAPTER 13 TRUSTEE, JOHN V. LABARGE, JR; AND ALL INTERESTED PARTIES:**

PLEASE TAKE NOTICE that Cynthia M. Woolverton on behalf of J.P. Morgan Mortgage Acquisition Corp. a party in interest in the above-captioned Chapter 13 case, hereby files a Notice of Appearance pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, and requests to be added to the master mailing list. Pursuant to Rules 2002, 4001 and 9007 of the Federal Rules of Bankruptcy Procedure, Creditor J.P. Morgan Mortgage Acquisition Corp. hereby requests that special notice of all matters which may come before the Court be given as follows:

>Vernon D. Singer, MBE#35335, EDMO#6531
>Cynthia M. Woolverton, MBE#47698, EDMO#85468, KSFd#21445
>612 Spirit Drive
>St. Louis, MO 63005
>Telephone (636) 537-0110
>Facsimile (636) 537-0067
>bktyed@msfirm.com

1

The foregoing request includes all notice and papers referred to in Rules 2002, 4001 and 9007 of the Federal Rules of Bankruptcy Procedures, and also includes without limitation notices of any orders, applications, complaints, demands, hearings, motions, petitions, requests, plans, disclosure statements, and any other document brought before the Court in this case, and whether transmitted or conveyed by mail, delivery, telephone, facsimile, or otherwise.

Dated April 28, 2010

Millsap & Singer, LLC

*/s/ Cynthia M. Woolverton*
Vernon D. Singer, MBE#35335, EDMO#6531
Cynthia M. Woolverton, MBE#47698, EDMO#85468, KSFd#21445
612 Spirit Drive
St. Louis, MO 63005
Telephone: (636) 537-0110
Facsimile: (636) 537-0067

bktyed@msfirm.com

Attorneys for J.P. Morgan Mortgage Acquisition Corp.

CERTIFICATE OF SERVICE

      I certify that a copy of this document was either electronically mailed or forwarded first-class regular mail April 28, 2010 to the following parties:

                                    */s/ Cynthia M. Woolverton*


LaQueta Russell-Taylor
3624 Cleveland Ave
Saint Louis, MO 63110

Sean C. Paul
Legal Helpers
Attorney for Debtor
515 Olive Street, Suite 702
St. Louis, MO 63101
scp@legalhelpers.com

John V. LaBarge, Jr
Office of the Chapter 13 Trustee
Chapter 13 Trustee
PO Box 430908
St. Louis, MO 63143