UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re: ) CASE NO: 10-44012-399   Chapter 13
)
LAQUETA RUSSELL-TAYLOR ) Re: Objection to Claim 3-1  filed by
) MIDWEST ACCEPTANCE CORP
) Acct: 3851
Debtor(s) )
) 0004 062526 OBJ: 06/02/2010

32

**CERTIFICATION AND ORDER FOR TRUSTEE'S OBJECTION TO CLAIM**

The Trustee certifies that he made service in accordance with applicable bankruptcy rules, that 21 days have passed since service of Trustee's objection and that Trustee has received no response in opposition to his objection or that any opposition has been resolved.

/s/ John V. LaBarge, Jr.
John V LaBarge Jr Ch 13 Trustee

**ORDER**

Upon Trustee's objection to claim number 3-1 filed by MIDWEST ACCEPTANCE CORP , for good cause shown, it is ORDERED that the Trustee's objection is SUSTAINED and the claim is ALLOWED BUT ORDERED NOT PAID BY THE TRUSTEE

Date: JUL 2 0 2010
St. Louis, Missouri
Copy mailed to:

U.S. Bankruptcy Judge

LONGO LAW FIRM LLC
3394 MCKELVEY RD
STE 107
BRIDGETON MO
　　　　　　　　63044

John V LaBarge Jr
Chapter 13 Trustee trust33@ch13stl.com
AC  P.O. Box 430908
St. Louis, MO 63143
(314) 781-8100  Fax:(314) 781-8881

L RUSSELL-TAYLOR
3624 CLEVELAND AVE
　　　　　　　　　　　　AC
SAINT LOUIS MO
　　　　　　　　63110

MIDWEST ACCEPTANCE CORP
5900 HAMPTON AVE
　　　　　　　　　　　　AC
ST LOUIS MO　　　　　63109-3491.　AC -159